■ KENNETH WEBBER et al., Respondents, v BERNADINE
AURINGER, Appellant.—Order unanimously affirmed with
costs for reasons stated in decision at Supreme Court, Hurl-
butt, J. (Appeal from order of Supreme Court, Oswego County,
Hurlbutt, J—summary judgment.) Present—Callahan, J. P.,
Denman, Green, Balio and Davis, JJ.

■ BERNARD CESAR, Appellant, v RICHARD D. BUCCITELLI et
al., Respondents. (Appeal No. 1.)—Judgment unanimously
affirmed with costs. Memorandum: We affirm the judgment for
the reasons stated at Supreme Court. We add only that,
having found for defendants on their affirmative defense of
lack of consideration, the court was not required to make
findings of fact concerning alternative defenses raised by
defendants. (Appeal from judgment of Supreme Court, Erie
County, Dadd, J.—mortgage foreclosure.) Present—Callahan,
J. P., Denman, Green, Balio and Davis, JJ.

■ BERNARD CESAR, Appellant, v RICHARD D. BUCCITELLI et
al., Respondents. (Appeal No. 2.)—Order unanimously affirmed
without costs. Same memorandum as in *Cesar v Buccitelli*
([appeal No. 1] 166 AD2d 889 [decided herewith]). (Appeal from
order of Supreme Court, Erie County, Dadd, J.—reform find-
ings of fact.) Present—Callahan, J. P., Denman, Green, Balio
and Davis, JJ.

■ JAC'LINE CULLEN, Respondent, v JOHN S. CULLEN, Ap-
pellant.—Order unanimously affirmed with costs. Memoran-
dum: Defendant husband argues on appeal that Supreme
Court, in making a temporary award of a credit card allow-
ance of $4,000 per month, has, in effect, awarded plaintiff
additional maintenance pendente lite. Plaintiff wife concedes
that the court has effectively awarded her additional tempo-
rary maintenance, but argues that if defendant feels aggrieved
by this temporary award, his remedy is to seek a speedy trial
rather than to appeal the temporary order. We agree. This
court has held that the remedy for any claimed inequity in an
award of temporary maintenance is a speedy trial, not an
appeal *(Clancy v Clancy,* 122 AD2d 563; *Williams v Williams,*
105 AD2d 1160; *Cloutier v Cloutier,* 94 AD2d 974; *Sterlace v
Sterlace,* 63 AD2d 450; *Kunerth v Kunerth,* 58 AD2d 1010;
*Vesper v Vesper,* 46 AD2d 729). (Appeal from order of Supreme
Court, Erie County, Manz, J.—divorce.) Present—Callahan,
J. P., Green, Balio, and Davis, JJ.